page 1 of 6 (A)

11/29/07

United States District Court
Eastern Division
Chicago, Illinois

Donald J. Zawada - plaintiff )
vs )
United States of America )
Judge Robert Miller - U.S. District Court )
  - South Bend, Indiana )
Judge Allen Sharp - U.S. District Court )
  - South Bend, Indiana )
Mitchell D. Kajzer - Commander )
  - St. Joseph County Indiana Prosecutor's Office )
Leslie J. Miller-Lowery - U.S. Attorney )
  - Fort Wayne, Indiana )
Allen Tiffin - Special Agent )
  - U.S. Secret Service, Chicago Office )
Roger Veal - Special Agent )
  - U.S. Secret Service, South Bend Office )
Jody Edmonson - Officer )
  - Lakeville Indiana Police Department )

RECEIVED
DEC 03 2007 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Civil Complaint

07CV6822
JUDGE NORGLE
MAG. JUDGE MASON

COMES NOW Donald J. Zawada, plaintiff, last residing at 2803 Flicker Lane, Rolling Meadows, Illinois 60008, in this Civil Complaint against the parties named herein

do say and stipulate that said parties, due to incompetence, use of "draft" procedures, non-sanctioned guidelines and procedures, not approved by law enforcement procedures; non-sterile operating environments, inexperience, improper use of tools and software applications in violation of known laws, negligence of proper process, fact finding, hearsay, lack of knowledge and skill; resulting in evidence fabrication, tampering, evidence manipulation, confusion, intentional and or accidental or improper combination of electronic media, medium and data, mishandling of electronic evidence; giving false, cultivated, bias, discrepant, inflamatory, incorrect, fabricated, deluded testimony, in documentation, verbal assault and diatribe did purposely slander, assult and assassinate the character, good name and career of Mr. Zawada in the public forum of Federal Criminal Court, his community, television, radio and print media, including the Information Technology and Telephony profession and communities.

The plaintiff, Mr. Zawada, would further state that in direct result and relation to the actions and perjuries of the parties named herein as defendants, the following reactions and consequences and injuries to Mr. Zawada and his family, et alia, did sum and result:

1) The trauma and shock of the force and "storm-trooper" actions of Mr. Zawada's arrest, caused the plaintiff to such stress causing Mr. Zawada to go into coronary arrest, having two heart attacks, his blood pressure being approximately or about 350/220 when arriving at the Metropolitan Correctional Center that evening of August 21, 2006; with the result being emergency heart surgery.

2) That his wife and children when many, many law enforcement officers "swarmed" his home and street, with officers "drawing down" and laser sighting his children, caused shock and trauma to his wife and children requiring behavioral therapy that is ongoing for his children.

3) Mr. Zawada's children were ridiculed, stalked and slandered and defiled on the school bus, at school, during school and social functions including in the neighborhood and town of Rolling Meadows, Illinois.

4) Mrs. Zawada endured embarrassment with the children, slander, ridicule in the work place, at college, during school parent participation, in public and social functions. Mental and physical stress from monetary burdens with regards to her spouses' income.

5) Causing undue and added stress to his entire family by law enforcement not informing his family where he was for several weeks or what he was arrested for or even informing his kin of his health status.

6) That Mr. Zawada's immediate family, in-laws, mother, siblings, all his relations and friends have suffered irreparable character damage, embarrassment, shock and trauma.

7) Mr. Zawada has lost all contact with friends, business associates and contacts, potential customers and employers.

8) That Mrs. Zawada, his spouse, has divorced him, leaving him with absolutely no assets, health or life insurance, retirement or means of support, including no rights to see or visit his 3 children. His greyhounds he rescued from racing and rehabilitated their injuries, subsequently one has passed away with Mr. Zawada being incarcerated. He has lost all his material, sentimental items and everything including his home he worked for.

9) Mr. Zawada's 27 year career and his consulting practice have been lost and suffered non-recoverable damage. His standing in his church and community have been corrupted beyond repair.

10) Mr. Zawada's mental and physical health have suffered including: Interruption of his weekly therapy sessions, breaking the continuum of mental health care including depravation of therapy and professional care, mental health medications not given, given improperly and shorted, increased stress, depression and anxiety.

Lack of a heart healthy diet, no means for cardio exercise, no follow-up care or testing after surgery, no continuum of care including shortages of medications, medications not given, conflicting medications given, medications changed without consulting Mr. Zawada or his long-standing providers, not acquiring medical records, ignoring symptoms and no preventative measures.

Increase of symptoms and trauma, pain and discomfort of Mr. Zawada's rheumatoid arthritis, sciatica, lower back injuries and degenerative disc disease. Elevation of fatigue and other medical conditions of the plaintiff's Epstein-Barr disease. Hearing loss, ear bleeding, rectal bleeding, hemorroids, loss of feeling in fingers and legs from a fall from a top bunk to the concrete floor.

Teeth and mouth pain with no dental care. Decrease of sight, no response to requests to eye care. Improper and insufficient nutrition. No provisions for safety of dibilitated back injuries or heart conditions.

Lack of care, medications, treatment or nutrition for Mr. Zawada's migraine headaches. Repeated refusal for preventative testing, checkups and care.

Loss of dexterity in Mr. Zawada's hands and fingers. General loss of physical mobility. Irrecoverable loss of physical and mental health.

Mr. Zawada is seeking recompense for all the above mental, physical, relational, career, insurance, potential earnings loss, loss of spouse, children, home and material items, damages and injuries, loss of retirement savings and investments, loss of his entire family structure, his friends and business associates, loss of personal pets and companions. These are not including results and findings of yet to be preformed full physical and mental medical assessments of the plaintiff by his providers. Allowing Mr. Zawada the ability to support his mental and physical care; care, education and upbringing of his children and starting his life and career over; with an end product of five million dollars.

The plaintiff reserves the right to amend this complaint after all physical, mental and career assessments.