

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):**

DONALD J. ZAWADA

**Defendant(s):** UNITED STATES OF AMERICA, et al.

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**

Donald J. Zawada
#243980
St. Joseph County Jail
401 West Sample Street
South Bend, IN 46601

**Defendant's Attorney:**

AUSA
United States Attorney's Office
219 South Dearborn
Chicago, IL 60604

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☑ 2. U.S. Government Defendant

☐ 3. Federal Question
(U.S. gov't. not a party)

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

07CV6822
JUDGE NORGLE
MAG. JUDGE MASON

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 28:1331b

**Jury Demand:** ☐ Yes   ☑ No

**Signature:** Q. E. Woodham   **Date:** 12/04/2007

**FILED**
DEC - 4 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 0 4 2007