

11/29/07

Donald J. Zawada
2803 Flicker Lane
Rolling Meadows Illinois 60008

United States District Court
Office of the Court Clerk
Eastern Division
Everet McKinley Dirksen Bldg.
219 South Dearborn Street
Chicago, Illinois 60604

07CV6822
JUDGE NORGLE
MAG. JUDGE MASON

FILED
DEC 0 3 2007 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Sir/Madam,

I require to file the enclosed Civil Complaint in Federal Court, Chicago, Illinois as a resident of the state of Illinois and a citizen of this great nation. This Civil Complaint is the result of foul and corrupt proceedings in the Federal Court in South Bend, Indiana. I have been incarcerated for over 17 months and have been relegated to witness judicial corruption and misinformation at its pinicle.

The Cause Number I refer to is 3:06CR0120 and I see no other action but, to call this injustice to a Court I trust; that being the Eastern Division in Chicago.

Please confirm this filing with the assigning of a Cause Number and copying back of this document that is enclosed.

11/29/07

Currently, I am incarcerated, unfairly, at St. Joseph County Jail:

D. Zawada #243980
St. Joseph County Jail
401 West Sample Street
South Bend, Indiana 46601

Please address all communication to my attention at this facility. I file this on my own behalf, since, I am indigent resulting from this mistake of justice. I trust in your expedient service to my request and look forward to your confirmation of receipt with return copies and documents.

With Sincere Regards,

Donald J. Zawada

DONALD J. ZAWADA