10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
JAN 1 4 2008
Jan 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

United States of America, et al.
Plaintiff

v.

Donald J. Zawada (#243980)
Defendant(s)

CASE NUMBER 07 C 6822
JUDGE Charles R. Norgle, Sr.

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Donald J. Zawada, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # 243980   Name of prison or jail: St. Joseph County Jail
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount:_____

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: 08-21-06
      Monthly salary or wages: $50.00 per hour
      Name and address of last employer: Parallel Partners, Chicago, Illinois

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes ☒No
      Amount_____ Received by_____

b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐Yes    ☒No
Amount_____ Received by_____

e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____ Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
Anthony D. Zawada - Son, Caroline E. Zawada - Daughter,
Nicholas D. Zawada - Son   I am their Father.

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 12-27-07

_Donald J. Zawada_
(Signature of Applicant)

DONALD J. ZAWADA
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Donald J. Zawada, I.D.# 243980, has the sum of $14.87 on account to his/her credit at (name of institution) ST. Joseph County Jail. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $83.33.
(Add all deposits from all sources and then divide by number of months).

8 January 2008
DATE

_Keith E. Rininger_
SIGNATURE OF AUTHORIZED OFFICER

KEITH E. RININGER
(Print name)

rev. 10/10/2007

-3-

```
LAW03X                        ST JOSEPH COUNTY JAIL                    DATE:  1/08/2008   TIME: 16:53      PAGE     1
                              INMATE TRANSACTION HISTORY


INMATE: ZAWADA, DONALD JOSEPH           OCA#: 125043      CELL#: A803

                                                                  ----- CHECK -----                              -- ADJUSTMENT --
   -- TRANSACTION --
   DATE    NUMBER   MANUAL#  DRW CONTROL#  TRAN TYPE   AMOUNT    NUMBER    DATE    NAME                     ON TRAN   OF TRAN
   ------- -------- -------- --- --------- -----------  -------- -------- -------  ----------------------   -------   -------

 9/14/2006 00593111 CASH      2  243980    DEPOSIT       40.00                     WILLIAM, ZAWADA BROTHER
 9/14/2006 00593112           $  243980    WITHDRAW      15.00-                    DOC/VISIT/DOCTOR VISIT
10/03/2006 00595833           C  243980    WITHDRAW      17.00-                    RAZOR
10/04/2006 00596222           C  243980    WITHDRAW       5.78-                    COMM PASS
10/15/2006 00597844 CASH      2  243980    DEPOSIT      160.00                     WILLIAM ZAWADA
10/18/2006 00598150           $  243980    WITHDRAW      10.00-                    HAIR/BARBER
10/18/2006 00598603           C  243980    WITHDRAW      47.86-                    COMM PASS
10/20/2006 00598719           $  243980    WITHDRAW       2.00-                    BATTERY/ST. JOSEPH CO. JAIL
10/25/2006 00599580           C  243980    WITHDRAW      45.43-                    COMM PASS
11/01/2006 00600592           C  243980    WITHDRAW      25.45-                    COMM PASS
11/08/2006 00601578           C  243980    WITHDRAW      20.61-                    COMM PASS
11/15/2006 00602730           C  243980    WITHDRAW       6.62-                    COMM PASS
11/15/2006 00602821 MO        3  243980    DEPOSIT      150.00                     \DIANE E. ZAWADA
11/19/2006 00603197           $  243980    WITHDRAW      15.00-                    DOC/VISIT/DOCTOR VISIT
11/20/2006 00603404           C  243980    WITHDRAW      17.00-                    RAZOR
11/21/2006 00603736           C  243980    WITHDRAW      49.00-                    COMM PASS
11/22/2006 00603812           $  243980    WITHDRAW      10.00-                    HAIR/BARBER
11/29/2006 00604800           C  243980    WITHDRAW      45.60-                    COMM PASS
12/01/2006 00605056           $  243980    WITHDRAW       2.00-                    BATTERY/ST. JOSEPH CO. JAIL
12/06/2006 00605917           C  243980    WITHDRAW      12.13-                    COMM PASS
12/11/2006 00606511 M/O40374  1  243980    DEPOSIT      195.00                     DIANE ZAWADA WIFE
12/13/2006 00607002           C  243980    WITHDRAW       3.46-                    COMM PASS
12/20/2006 00608106           C  243980    WITHDRAW      52.33-                    COMM PASS
12/20/2006 00608167           $  243980    WITHDRAW      10.00-                    HAIR/BARBER
12/22/2006 00608317           C  243980    WITHDRAW      19.28-                    X COMM PASS
12/27/2006 00609126           C  243980    WITHDRAW      48.46-                    COMM PASS
 1/03/2007 00610061           C  243980    WITHDRAW      53.14-                    COMM PASS
 1/10/2007 00611144           C  243980    WITHDRAW       6.73-                    COMM PASS
 1/12/2007 00611346           $  243980    WITHDRAW       2.00-                    BATTERY/ST. JOSEPH CO. JAIL
 1/13/2007 00611560 MO        3  243980    DEPOSIT      150.00                     D. ZAWADA
 1/19/2007 00612357           $  243980    WITHDRAW       1.00-                    PRES/CHRG/ATRIUM PHARMACY
 1/21/2007 00612648           $  243980    WITHDRAW       1.00-                    PRES/CHRG/ATRIUM PHARMACY
 1/23/2007 00612768           $  243980    WITHDRAW       2.00-                    BATTERY/ST. JOSEPH CO. JAIL
 1/23/2007 00612832           C  243980    WITHDRAW      17.00-                    RAZOR
 1/24/2007 00613193           C  243980    WITHDRAW      54.61-                    COMM PASS
 1/26/2007 00613360           C  243980    WITHDRAW      19.25-                    X COMM PASS
 1/26/2007 00613361           C  243980    WITHDRAW      26.50-                    XX COMM PASS
 1/31/2007 00614050           C  243980    WITHDRAW      29.16-                    COMM PASS
 2/05/2007 00614993 M/O       3  243980    DEPOSIT      195.00                     DIANE ZAWADA
 2/09/2007 00615612           C  243980    WITHDRAW       8.36-                    X COMM PASS
 2/09/2007 00615613           C  243980    WITHDRAW      15.57-                    XX COMM PASS
 2/14/2007 00616531           C  243980    WITHDRAW      54.81-                    COMM PASS
 2/16/2007 00616732           C  243980    WITHDRAW      57.61-                    2 BAGS
 2/20/2007 00617331 M/O       3  243980    DEPOSIT      100.00                     DIANE ZAWADA
 2/21/2007 00617525           $  243980    WITHDRAW      10.50-                    HAIR/BARBER
 2/21/2007 00617578           C  243980    WITHDRAW      49.99-                    COMM PASS
 2/28/2007 00618623           C  243980    WITHDRAW      51.79-                    COMM PASS
 3/02/2007 00618768           C  243980    WITHDRAW       7.00-                    OLD RAZOR
 3/02/2007 00618784           C  243980    WITHDRAW      27.94-                    X COMM PASS
 3/05/2007 00619167           $  243980    WITHDRAW       2.00-                    BATTERY/ST. JOSEPH CO. JAIL
```

```
LAW03X                    ST JOSEPH COUNTY JAIL                  DATE: 1/08/2008  TIME: 16:53        PAGE    2
                         INMATE TRANSACTION HISTORY


INMATE: ZAWADA, DONALD JOSEPH         OCA#: 125043     CELL#: A803


      TRANSACTION ---                                       - - CHECK -----                    -- ADJUSTMENT --
     DATE       NUMBER   MANUAL#  DRW  CONTROL#  TRAN TYPE   AMOUNT  NUMBER   DATE   NAME          ON TRAN    OF TRAN
     ----       ------   -------  ---  --------  ---------   ------  ------   ----   ----          -------    -------
  3/07/2007  00619680              C   243980  WITHDRAW        8.48                         COMM PASS
  3/08/2007  00619869  M/O         3   243980  DEPOSIT       145.00                         D. E. ZAWADA
  3/13/2007  00620435              $   243980  WITHDRAW        2.00-                        BATTERY/ST. JOSEPH CO. JAIL
  3/14/2007  00620816              C   243980  WITHDRAW       54.99-                        COMM PASS
  3/16/2007  00620960              C   243980  WITHDRAW       14.58-                        X COMM PASS
  3/21/2007  00621852              C   243980  WITHDRAW       53.43-                        COMM PASS             00621907
  3/22/2007  00621907              C   243980  ADJ/WITHDRAW   53.43                         COMM PASS             00621908  00621852
  3/22/2007  00621908              C   243980  WITHDRAW        0.00                         COMM PASS                       00621907
  3/23/2007  00622019              $   243980  WITHDRAW        2.00-                        BATTERY/ST. JOSEPH CO. JAIL
  3/23/2007  00622095  M/O         3   243980  DEPOSIT       250.00                         D. E. ZAWADA
  3/28/2007  00622795              C   243980  WITHDRAW       29.88-                        COMM PASS
  4/04/2007  00623718              C   243980  WITHDRAW       28.19-                        COMM PASS
  4/05/2007  00623789              C   243980  WITHDRAW       24.70-                        X COMM PASS
  4/10/2007  00624306              $   243980  WITHDRAW        2.00                         BATTERY/ST. JOSEPH CO. JAIL
  4/11/2007  00624715              C   243980  WITHDRAW       50.20-                        COMM PASS
  4/12/2007  00624820              C   243980  WITHDRAW       17.00-                        RAZOR
  4/18/2007  00625691              C   243980  WITHDRAW       44.33-                        COMM PASS
  5/02/2007  00627515              C   243980  WITHDRAW       43.08-                        COMM PASS
  5/09/2007  00628631              C   243980  WITHDRAW       48.51-                        COMM PASS
  5/11/2007  00628953              $   243980  WITHDRAW        2.00-                        BATTERY/ST. JOSEPH CO. JAIL
  5/16/2007  00629764              C   243980  WITHDRAW       11.29-                        COMM PASS
  5/23/2007  00630793              C   243980  WITHDRAW       17.30                         COMM PASS
  5/24/2007  00630939  M/O         3   243980  DEPOSIT       250.00                         D. ZAWADA
  5/30/2007  00631673              $   243980  WITHDRAW       10.50-                        HAIR/BARBER
  5/30/2007  00631684              C   243980  WITHDRAW       54.91-                        COMM PASS
  6/06/2007  00632886              C   243980  WITHDRAW       53.77-                        COMM PASS
  6/13/2007  00633938              C   243980  WITHDRAW       51.60-                        COMM PASS
  6/20/2007  00634889              C   243980  WITHDRAW       41.93-                        COMM PASS
  6/21/2007  00635022              $   243980  WITHDRAW        2.00-                        BATTERY/ST. JOSEPH CO. JAIL
  6/27/2007  00635930              C   243980  WITHDRAW       35.80                         COMM PASS
  6/30/2007  00636385  M/O         3   243980  DEPOSIT       250.00                         D ZAWADA
  7/03/2007  00636872              C   243980  WITHDRAW       53.91-                        COMM PASS
  7/06/2007  00637151              $   243980  WITHDRAW        2.00-                        BATTERY/ST. JOSEPH CO. JAIL
  7/11/2007  00637897              C   243980  WITHDRAW       40.45-                        COMM PASS
  7/11/2007  00637909              $   243980  WITHDRAW       10.50-                        HAIR/BARBER
  7/18/2007  00638693              C   243980  WITHDRAW       42.19                         COMM PASS
  7/20/2007  00639031              $   243980  WITHDRAW        2.00-                        BATTERY/ST. JOSEPH CO. JAIL
  7/25/2007  00639723              M   243980  WITHDRAW       43.11-                        COMM PASS
  7/27/2007  00639961  M/O         3   243980  DEPOSIT       100.00                         D.E. ZAWADA
  8/01/2007  00640610              M   243980  WITHDRAW       41.09-                        COMM PASS
  8/01/2007  00640619              $   243980  WITHDRAW       10.50                         HAIR/BARBER
  8/03/2007  00640883              $   243980  WITHDRAW        2.00-                        BATTERY/ST. JOSEPH CO. JAIL
  8/08/2007  00641590              M   243980  WITHDRAW       46.08-                        COMM PASS
  8/15/2007  00642470              M   243980  WITHDRAW       33.54                         COMM PASS
  8/21/2007  00643310              M   243980  WITHDRAW       26.37-                        COMM PASS
  8/23/2007  00643680              $   243980  WITHDRAW        2.00-                        BATTERY/ST. JOSEPH CO. JAIL
  8/23/2007  00643800  M/O         3   243980  DEPOSIT       250.00                         D. ZAWADA
  8/29/2007  00644646              M   243980  WITHDRAW       49.27                         COMM PASS
  8/29/2007  00644650              $   243980  WITHDRAW       10.50-                        HAIR/BARBER
  9/05/2007  00645695              M   243980  WITHDRAW       45.84-                        COMM PASS
```

```
LAW03X                    ST JOSEPH COUNTY JAIL              DATE: 1/08/2008   TIME: 16:53    PAGE    3
                          INMATE TRANSACTION HISTORY


INMATE: ZAWADA, DONALD JOSEPH         OCA#: 125043      CELL#: A803


                                                           --- CHECK ---                              -- ADJUSTMENT --
  -- TRANSACTION --
  DATE       NUMBER   MANUAL#  DRW CONTROL# TRAN TYPE    AMOUNT  NUMBER  DATE    NAME                 ON TRAN   OF TRAN

 9/11/2007 00646537            M   243980  WITHDRAW       52.25-                 COMM PASS
 9/17/2007 00647700            $   243980  WITHDRAW        2.00-                 BATTERY/ST. JOSEPH CO. JAIL
 9/17/2007 00647710            $   243980  WITHDRAW        2.00-                 BATTERY/ST. JOSEPH CO. JAIL
 9/18/2007 00647915            $   243980  WITHDRAW        1.00-                 PRES/CHRG/ATRIUM PHARMACY
 9/19/2007 00648117            M   243980  WITHDRAW       35.43-                 COMM PASS
 9/26/2007 00649259            M   243980  WITHDRAW       38.24-                 COMM PASS
10/05/2007 00650339            $   243980  WITHDRAW        2.00-                 BATTERY/ST. JOSEPH CO. JAIL
10/05/2007 00650451 MO         3   243980  DEPOSIT        50.00                  THOMAS ZAWADA
10/10/2007 00651508            M   243980  WITHDRAW       39.79-                 COMM.PASS
10/11/2007 00651635            $   243980  WITHDRAW        2.00-                 BATTERY/ST. JOSEPH CO. JAIL
10/15/2007 00652263            $   243980  WITHDRAW        2.00-                 BATTERY/ST. JOSEPH CO. JAIL
10/17/2007 00652743            M   243980  WITHDRAW        9.51-                 COMM.PASS
10/24/2007 00654061            M   243980  WITHDRAW        8.38-                 COMM.PASS
11/03/2007 00655599            $   243980  WITHDRAW        0.04-                 PRES/CHRG/ATRIUM PHARMACY
11/16/2007 00657482 MONORDER   4   243980  DEPOSIT        50.00                  ZAWADA, DONALD JOSEPH
11/16/2007 00657483            $   243980  WITHDRAW        0.96-                 PRES/CHRG/ATRIUM PHARMACY
11/28/2007 00659026            M   243980  WITHDRAW       29.54-                 COMM.PASS
12/05/2007 00660260            M   243980  WITHDRAW       17.59-                 COMM.PASS
12/12/2007 00661120 M/ORDER    4   243980  DEPOSIT        50.00                  THOMAS ZAWADA
12/18/2007 00662133            $   243980  WITHDRAW        2.00-                 BATTERY/ST. JOSEPH CO. JAIL
12/19/2007 00662555            M   243980  WITHDRAW       33.04-                 COMM.PASS
 1/03/2008 00664065            $   243980  WITHDRAW        1.00-                 PRES/CHRG/ATRIUM PHARMACY
 1/05/2008 00664316            $   243980  WITHDRAW        1.00-                 PRES/CHRG/ATRIUM PHARMACY
                                                         ---------------
                                            BALANCE:      14.87
```