# United States District Court
## Northern District of Illinois
### Eastern Division

Donald J. Zawada                    **JUDGMENT IN A CIVIL CASE**

v.                                         Case Number: 07 C 6822

United States of America, et al.

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed pursuant to 28 U.S.C. § 1915 A(b)(1) for failure to state a claim.

Michael W. Dobbins, Clerk of Court

Date: 1/31/2008

/s/ Eric Fulbright, Deputy Clerk